IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| Wendy S. Hood, | Case No. 1:19 CV 386 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Kathryn D. Beattie, M.D., et al., | |
| Defendants. | |

    Phone Status held January 9, 2020.  Counsel present: Andy LaPortia for Plaintiff; Keely Duke for Defendants Pine Grove and Forrest General; Erik Stidham and Alex Grande for Defendants Beattie, Seppi, and St. Luke's; Joshua Evett for Defendant Southworth Associates.

    A Motion to Remand (Doc. 3) and a Motion to Dismiss (Doc. 5) are pending and fully briefed. The matters are taken under advisement.  In the interim, counsel should discuss procedures for e-discovery and other disclosure protocols.

    IT IS SO ORDERED.

                                              s/ *Jack Zouhary*
                                              JACK ZOUHARY
                                              U.S. DISTRICT JUDGE

                                              January 9, 2020